AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

For the Northern _____ **District of** _____ California _____

Julio E. Contreras
　　　　　　Plaintiff (s),
　　　　V.
UAL Corporation, et al.
　　　　　　Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** C-10-05127 WHA

Notice is hereby given that, subject to approval by the court, Plaintiff Julio E. Contreras substitutes
(Party (s) Name)

Mary Shea Hagebols, Esq. _____, State Bar No. 113222 _____ as counsel of record in
(Name of New Attorney)

place of Y. Pietari Grohn, Esq. (SBN 256188) _____.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Mary Shea Hagebols, Esq.
Address: Shea Law Offices, 1814 Franklin Street, Suite 800, Oakland, CA 94612
Telephone: (510) 208-4422　　　Facsimile (415) 520-9407
E-Mail (Optional): mary@shealaw.com

I consent to the above substitution.
Date: March 6, 2013
　　　　　　　　　　　　　　　　(Signature of Party (s))

I consent to being substituted.
Date: March 6, 2013
　　　　　　　　　　　　　　　　(Signature of Former Attorney (s))

I consent to the above substitution.
Date: March 6, 2013
　　　　　　　　　　　　　　　　(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: March 29, 2013.

William Alsup
United States District Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**