AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| For the Northern | District of | California |

Julio E. Contreras
    Plaintiff(s),
V.
UAL Corporation, et al.
    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C-10-05127 WHA

Notice is hereby given that, subject to approval by the court, **Plaintiff Julio E. Contreras** (Party(s) Name) substitutes **Mary Shea Hagebols, Esq.** (Name of New Attorney), State Bar No. **113222** as counsel of record in place of **Y. Pietari Grohn, Esq. (SBN 256188)** (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

- Firm Name: Mary Shea Hagebols, Esq.
- Address: Shea Law Offices, 1814 Franklin Street, Suite 800, Oakland, CA 94612
- Telephone: (510) 208-4422    Facsimile (415) 520-9407
- E-Mail (Optional): mary@shealaw.com

I consent to the above substitution.
Date: March 6, 2013
(Signature of Party(s))

I consent to being substituted.
Date: March 6, 2013
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: March 6, 2013
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: March 29, 2013.

William Alsup
United States District Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]