IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIO E. CONTRERAS,

    Plaintiff,

    v.

UAL CORPORATION, a Delaware corporation, UNITED AIRLINES, INC., a Delaware corporation, AND DOES 1-10,

    Defendants.

No. C 10-05127 WHA

**ORDER GRANTING LEAVE TO AMEND ANSWER AND VACATING HEARING**

In this action alleging workplace discrimination, defendants UAL Corporation, United Airlines, Inc., and DOES 1-10 move to file a first amended answer. Because plaintiff Julio E. Contreras does not oppose this motion, defendants' motion for leave to file a first amended answer is **GRANTED**. The hearing currently scheduled for **JANUARY 9, 2014**, is **VACATED**.

**IT IS SO ORDERED.**

Dated: December 30, 2013.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE