IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIO E. CONTRERAS,

    Plaintiff,

  v.

UAL CORPORATION, UNITED AIR LINES, INC., and DOES 1-10,

    Defendant.

No. C 10-05127 WHA

**NOTICE REGARDING UPCOMING HEARING**

    Your case is set for a hearing on plaintiff's motion for leave to file a second amended complaint on **FEBRUARY 6**. Please remember our need to train our next generation of lawyers. So please consider the advisability of assigning the argument to a lawyer of less than four years experience out of law school in your office. If you send a letter soon stating that such a lawyer will conduct the argument (for at least one side), then the hearing will definitely go forward; otherwise, the Court may rule in advance based on the papers if it concludes an oral argument would be of limited value in resolving the motion, in which case the hearing would be vacated. If you intend to submit such a letter, please do so by **NOON ON JANUARY 22.**

Dated: January 15, 2014.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE