United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIO E. CONTRERAS,                                    No. C 10-05127 WHA

        Plaintiff,

  v.

UAL CORPORATION; UNITED AIR LINES,          **ORDER RE OCTOBER LETTER**
INC.; and DOES 1–10,

        Defendants.
_____/

     The parties have represented that they have reached a "settlement that they expect to be executed by" the final pretrial conference, which is scheduled for October 15. All filings and appearances must be made unless and until a dismissal fully resolving the case is filed. Accordingly, all existing deadlines remain in place. The Court fully expects to proceed with the final pretrial conference on October 15 and the trial beginning October 20, until a proper dismissal is filed. The parties may provide an update of their settlement status and/or the bankruptcy proceeding at the final pretrial conference.

     **IT IS SO ORDERED.**

Dated:   October 3, 2014.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE