IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO E. CONTRERAS,<br><br>    Plaintiff,<br><br>  v.<br><br>UAL CORPORATION; UNITED AIR LINES, INC.; and DOES 1–10,<br><br>    Defendants.<br>                                        / | No. C 10-05127 WHA<br><br>**ORDER CONTINUING PRETRIAL DATES** |

In light of the parties' pending motion before the bankruptcy court (hearing on October 14), the final pretrial conference dates are hereby adjusted as follows:

1. The final pretrial conference is continued to **OCTOBER 28, 2014 AT 8:00 A.M.**

2. The jury trial shall begin **NOVEMBER 10, 2014 AT 7:30 A.M.**

3. All pretrial deadlines track the new final pretrial conference and trial dates.

4. The parties shall file a joint status report by **OCTOBER 20 AT NOON**.

**IT IS SO ORDERED.**

Dated: October 6, 2014.

                                                  WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE