IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO E. CONTRERAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UAL CORPORATION; UNITED AIR LINES, INC.; and DOES 1–10,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C 10-05127 WHA<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　On October 27, the parties filed a stipulation to dismiss this action "in its entirety with prejudice" with "each side to bear their own fees and costs." The action is hereby **DISMISSED**. The October 28 final pretrial conference is hereby **VACATED**. The Clerk shall **CLOSE THE FILE**.

　　　**IT IS SO ORDERED.**

Dated: October 27, 2014.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE